UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL FRANCIS JONES, III, | : | |
| Plaintiff, | : | Civ. No. 22-5123 (CCC) |
| v. | : | |
| | : | **MEMORANDUM AND ORDER** |
| OSCAR AVILES, et al., | : | |
| Defendants. | : | |

Pro se plaintiff Michael Francis Jones, III, a pretrial detainee at Hudson County Correctional Facility ("HCCF"), seeks to commence a civil rights action pursuant to 42 U.S.C. § 1983 and to proceed *in forma pauperis* ("IFP"). ECF No. 1 at 2; *id.* 1-1. For the reasons below, the Court denies Jones's IFP application without prejudice and administratively terminates this action.

The Prison Litigation Reform Act of 1995 ("PLRA") established certain financial requirements for prisoners attempting to bring a civil action IFP. Under the PLRA, a prisoner seeking to commence a civil action without prepayment of the filing fee must submit an affidavit, including a statement of all assets, establishing that the prisoner is unable to pay the fee. *See* 28 U.S.C. § 1915(a)(1). The prisoner must also submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). The prisoner must obtain this statement from the appropriate official of each prison at which he is or was confined. *Id.*

According to the information on Jones's IFP application, he has been detained at HCCF since June 7, 2022, *see* ECF No. 1-1 at 2, and he provides the Court with an HCCF account statement covering the period from his arrival at HCCF to the day he filed his complaint, a period

of incarceration totaling approximately 2 months. *Id.* at 4. However, the HCCF account statement appears to indicate that Jones may have transferred to HCCF from another facility. ECF No. 1-1 at 4 (6/8/2022 entries with "Transfer In" notations). If Jones transferred from another facility, he must provide the Court with statements—collectively covering the six-month period from the start of his detention until the filing of his complaint—from the appropriate officials at the facility or facilities in which he was housed during the relevant six-month period and HCCF.

Thus, the Court denies Jones's IFP application without prejudice. If Jones provides the Court with certified prison trust found account statements (or equivalent) covering the six-month period prior to the date he filed his complaint, he may request that the Court reopen the case. Alternatively, if Jones did not in fact transfer to HCCF from another facility and has thus been in custody for fewer than six months, he may provide the Court with a sworn statement to that effect and request that the Court reopen his case.

Accordingly, IT IS on this 13th day of January, 2023,

**ORDERED** that the application to proceed *in forma pauperis* is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** this case, without filing the complaint or assessing a filing fee. This is not a "dismissal" for purposes of the statute of limitations. If the case is reopened, it is not subject to the statute of limitations time bar if it was originally filed timely; and it is further

**ORDERED** that if Jones wishes to reopen this case, he shall notify the Court, in writing addressed to the Clerk of the Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, NJ 07101, within 45 days of the date of entry of this Order; Jones's writing shall include either (1) a complete, signed IFP application, including a legible certified

prison account statement or statements covering the six-month period before the date his complaint was filed, or (2) the $402 fee; and it is further

**ORDERED** that upon receipt of a writing from Jones stating that he wishes to reopen this case, and either a completed IFP application or payment of the filing and administrative fees within the time allotted by this Court, the Clerk of the Court will be directed to reopen this case; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and a blank IFP application (DNJ-Pro Se-007-A-(Rev.12/2020)) upon Jones by regular U.S. mail.

**SO ORDERED**.

        s/ Claire C. Cecchi
_____
**Claire C. Cecchi, U.S.D.J.**